FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **HEDELITO TRINIDAD Y GARCIA**, | No. 09-56999 |
| Petitioner - Appellee, | D.C. No. 2:08-cv-07719-MMM-CW |
| v. | |
| **MICHAEL BENOV, Warden, Metropolitan Detention Center-Los Angeles**, | **ORDER** |
| Respondent - Appellant. | |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3.

Judge Murguia did not participate in the deliberations or vote in this case.